Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

APR 25 2023

KEVIN P. WEIMER, Clerk
By ~Kimberly~ Deputy Clerk

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia
Atlanta Division

KARDARIUS KANTREZ GLASS
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

BRAD RAFFENSPERGER
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. 1:23-CV-1865
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: KARDARIUS KANTREZ GLASS
Street Address: P.O. Box 593, Alpharetta, Georgia
City and County: 30009
State and Zip Code:
Telephone Number:
E-mail Address:

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 1**

Name: BRAD RAFFENSPERGER
Job or Title (if known): GEORGIA SECRETARY OF STATE
Street Address: 40 Capitol Square, SW
City and County: ATLANTA, Georgia, 30334
State and Zip Code:
Telephone Number:
E-mail Address (if known):

**Defendant No. 2**

Name: DAVYD, L, MINCEY
Job or Title (if known):
Street Address: 2446 MEDLOCK COMMONS,
City and County: DECATUR, DEKALB
State and Zip Code: Georgia, 30030
Telephone Number:
E-mail Address (if known):

**Defendant No. 3**

Name: Adam Kaye
Job or Title (if known):
Street Address: 1170 Peachtree Street, Suite
City and County: 2400, Atlanta, GA, 30309 USA
State and Zip Code: Fulton
Telephone Number:
E-mail Address (if known):

**Defendant No. 4**

Name: Adam Kaye
Job or Title (if known):
Street Address: 4488 NORTH SHALLOWFORD ROAD,
City and County: SUITE 201, ATLANTA, GA, 30338 USA
State and Zip Code:
Telephone Number:
E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.  Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question  ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Treson/Corruption

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1.  The Plaintiff(s)

    a.  If the plaintiff is an individual
        The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b.  If the plaintiff is a corporation
        The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
        and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.  The Defendant(s)

    a.  If the defendant is an individual
        The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Page 3 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

BRAD RAFFENSPERGER GEORGIA SECRETARY OF STATE.
IS Allowing this to Happen IN The STATE OF GEORGIA
All THESE Condemded Apartments.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 4/24/2023

Signature of Plaintiff: *Kardarius K. Glass*
Printed Name of Plaintiff: KARDARIUS KANTREL GLASS

### B. For Attorneys

Date of signing: _____

Signature of Attorney  
Printed Name of Attorney  
Bar Number  
Name of Law Firm  
Street Address  
State and Zip Code  
Telephone Number  
E-mail Address

Notice of Fileing ←

Dear, Judge

BRAD RAFFENSPERGER name is all on this messy papperwork. I am Homeless Because, The STATE OF GEORGIA is so Corrupted. Georgia is infested with these Condemded Apartments. That NATHEN DEAL, AND BRIAN. P. Kemp is Doing this to everyone. The People need Justice. The STATE of Georgia Don't want A Democrat Gov, Because they Have Alot to Hide!!!!! I lost everything. I Am TIRED!!!

Thanks!!

KARDARIUS KANTREL GLASS



# GEORGIA CORPORATIONS DIVISION

## GEORGIA SECRETARY OF STATE
## BRAD RAFFENSPERGER

HOME (/)

## BUSINESS SEARCH

### BUSINESS INFORMATION

| | |
|---|---|
| Business Name: | DECATUR GARDENS, INC |
| Business Type: | Domestic Profit Corporation |
| Business Purpose: | NONE |
| Principal Office Address: | 2446 MEDLOCK COMMONS, DECATUR, GA, 30030 |
| State of Formation: | Georgia |
| Dissolved Date: | 09/06/2010 |
| Control Number: | 0453865 |
| Business Status: | Admin. Dissolved |
| Date of Formation / Registration Date: | 9/3/2004 |
| Last Annual Registration Year: | 2007 |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| Registered Agent Name: | DAVYD L MINCEY |
| Physical Address: | 2446 MEDLOCK COMMONS, DECATUR, GA, 30030, USA |
| County: | Dekalb |

### OFFICER INFORMATION

| Name | Title | Business Address |
|---|---|---|
| DAVYD L MINCEY | Secretary | 2446 MEDLOCK COMMONS, DECATUR, GA, 30030, USA |
| DAVYD L MINCEY | CFO | 2446 MEDLOCK COMMONS, DECATUR, GA, 30030, USA |
| DAVYD L MINCEY | CEO | 2446 MEDLOCK COMMONS, DECATUR, GA, 30030, USA |

Back     Filing History     Name History
Return to Business Search

Office of the Georgia Secretary of State Attn: 2 MLK, Jr. Dr. Suite 313, Floyd West Tower Atlanta, GA 30334-1530, Phone: (404) 656-2817 Toll-free: (844) 753-7825, WEBSITE: https://sos.ga.gov/
© 2015 PCC Technology Group. All Rights Reserved. Version 6.2.19     Report a Problem?



# GEORGIA CORPORATIONS DIVISION

## GEORGIA SECRETARY OF STATE
## BRAD RAFFENSPERGER

HOME (/)

**BUSINESS SEARCH**

### BUSINESS INFORMATION

Business Name: **DECATUR GARDENS, INC**  Control Number: **0453865**

### FILING HISTORY

| Filing Number | Filing Date Time | Effective Date | Filing Type |
|---|---|---|---|
| 00348657 | 9/10/2004 12:00:00 AM | | Business Formation (/BusinessSearch/DownloadFile?filingNo=348657) |
| 03851509 | 10/25/2004 12:00:00 AM | | Annual Registration (2004) (/BusinessSearch/DownloadFile?filingNo=3851509) |
| 04047488 | 2/1/2005 12:00:00 AM | | Annual Registration (2005) (/BusinessSearch/DownloadFile?filingNo=4047488) |
| 04942576 | 9/15/2007 12:00:00 AM | | Notice of Admin. Dissolution/Revocation (/BusinessSearch/DownloadFile?filingNo=4942576) |
| 05838892 | 12/4/2007 3:36:10 PM | | Annual Registration (2007) (/BusinessSearch/DownloadFile?filingNo=5838892) |
| 05338940 | 1/5/2010 12:00:00 AM | | Notice of Admin. Dissolution/Revocation (/BusinessSearch/DownloadFile?filingNo=5338940) |
| 11874652 | 9/6/2010 12:00:00 AM | | Administrative Dissolution (/BusinessSearch/DownloadFile?filingNo=11874652) |

Page 1 of 1, records 1 to 7 of 7

Back

Office of the Georgia Secretary of State Attn: 2 MLK, Jr. Dr. Suite 313, Floyd West Tower Atlanta, GA 30334-1530,
Phone: (404) 656-2817 Toll-free: (844) 753-7825, WEBSITE: https://sos.ga.gov/
© 2015 PCC Technology Group. All Rights Reserved. Version 6.2.19    Report a Problem?



# GEORGIA CORPORATIONS DIVISION

**GEORGIA SECRETARY OF STATE**
# BRAD RAFFENSPERGER

HOME (/)

## BUSINESS SEARCH

### BUSINESS INFORMATION

| | |
|---|---|
| Business Name: | **NETZ DECATUR GARDENS LLC** |
| Business Type: | **Domestic Limited Liability Company** |
| NAICS Code: | **Any legal purpose** |
| Principal Office Address: | **4488 NORTH SHALLOWFORD ROAD, SUITE 201, ATLANTA, GA, 30338, USA** |
| State of Formation: | **Georgia** |
| Control Number: | **19144212** |
| Business Status: | **Active/Compliance** |
| NAICS Sub Code: | |
| Date of Formation / Registration Date: | **10/29/2019** |
| Last Annual Registration Year: | **2022** |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| Registered Agent Name: | **Adam Kaye** |
| Physical Address: | **1170 Peachtree Street, Suite 2400, Atlanta, GA, 30309, USA** |
| County: | **Fulton** |

Back    Filing History    Name History

Return to Business Search

Office of the Georgia Secretary of State Attn: 2 MLK, Jr. Dr. Suite 313, Floyd West Tower Atlanta, GA 30334-1530, Phone: (404) 656-2817 Toll-free: (844) 753-7825, WEBSITE: https://sos.ga.gov/
© 2015 PCC Technology Group. All Rights Reserved. Version 6.2.19    Report a Problem?



(cont →)

Tel: 770.291.8997 ext. 5
Email: info@balfourresidential.com
Fax: 404.393.6177



4488 N Shallowford Road
Suite 201
Dunwoody, GA 30338

| Name | Message |
|---|---|
| Email | |
| Subject | |

SUBMIT

© 2022 by Balfour Residential. Proudly created with **Wix.com**

https://www.balfourresidential.com